# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-20925-GLT** |
| **Joshua M. Hans** | ) | **Chapter 13** |
| **Victoria E. Hans** | ) | **Doc No.** |
| **Debtors** | ) | |
| | ) | |
| **Joshua M. Hans** | ) | |
| **Victoria E. Hans** | ) | |
| **Movants** | ) | |
| v. | ) | |
| **Allegheny Health Network** | ) | |
| **Respondent** | ) | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## COVER SHEET, AMENDED SCHEDULE F,
## CHAPTER 13 MOC NOTICE, AND <u>TEXT ORDER/ORDER</u>

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **July 5, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a. **Allegheny Health Network** P.O. Box 645904 Pittsburgh, PA 15264


Executed on: **July 5, 2022**            **/s/ Bryan P. Keenan**
                                          Bryan P. Keenan, PA ID No. 89053
                                          Bryan P. Keenan & Associates P.C.
                                          Attorney for Debtor
                                          993 Greentree Road, Suite 101
                                          Pittsburgh, PA 15220
                                          (412) 922-5116
                                          keenan662@gmail.com