# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-20925-GLT** |
| **Joshua M. Hans** | ) | **Chapter 13** |
| **Victoria E. Hans** | ) | |
|    **Debtors** | ) | **Doc No.** |
| **Victoria E. Hans** | ) | |
|    **Movant** | ) | **Related to Claim No. 22** |
| **vs** | ) | **Response Date: August 18, 2022** |
| **Jefferson Capital Systems LLC** | ) | **Hearing Date: September 14, 2022** |
|    **Respondent** | ) | **at 1:00pm** |

## CERTIFICATION OF NO OBJECTION RE:
## DEBTOR'S OBJECTION TO CLAIM JEFFERSON CAPITAL SYSTEMS LLC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **August 1, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **August 18, 2022.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Executed on: August 19, 2022**            **/s/Bryan P. Keenan**
                                                               Bryan P. Keenan, PA ID No. 89053
                                                               Bryan P. Keenan & Associates P.C.
                                                               Attorney for Debtor
                                                               993 Greentree Road, Suite 201
                                                               Pittsburgh, PA 15220
                                                               (412) 922-5116
                                                               keenan662@gmail.com