**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-20925-GLT |
| **Joshua M. Hans** | ) | Chapter 13 |
| **Victoria E. Hans** | ) | |
|     **Debtors** | ) | Doc No. |
| **Victoria E. Hans** | ) | |
|     **Movant** | ) | Related to Claim No. 22 |
| vs | ) | |
| **Jefferson Capital Systems LLC** | ) | |
|     **Respondent** | ) | |

**CERTIFICATE OF SERVICE OF ORDER ON OBJECTION TO CLAIM 22 OF
JEFFERSON CAPITAL SYSTEMS LLC**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **August 23, 2022**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Jefferson Capital Systems LLC** P.O. Box 7999 St. Cloud MN 56302-9617
b. **Jefferson Capital Systems LLC**, c/o David Burton, CEO Box 7999 St. Cloud MN 56302-9617

Executed on: **August 23, 2022**        **/s/Bryan P. Keenan**
                                                       Bryan P. Keenan, PA ID No. 89053
                                                       Bryan P. Keenan & Associates P.C.
                                                       Attorney for Debtor
                                                       993 Greentree Road, Suite 201
                                                       Pittsburgh, PA 15220
                                                       (412) 922-5116
                                                       keenan662@gmail.com