FILED
7/21/25 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Case No. 22-20925-GLT |
|---|---|
| **Joshua M. Hans** | **Chapter 13** |
| **Victoria Hans** | **Doc. No.** 58 |
| Debtor | |
| **Joshua M. Hans** | |
| **Victoria Hans** | |
| Movant | |
| vs. | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | |
| Respondent | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑　　a motion to dismiss case or certificate of default requesting dismissal

❑　　a plan modification sought by: _____

❑　　a motion to lift stay
　　　as to creditor _____

☒　　Other:　　**To cure post petition arrears.**

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑　Chapter 13 Plan dated ____
☒　Amended Chapter 13 Plan dated  **August 20, 2024**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

☒ Debtor(s) Plan payments shall be changed from **$2,832.00** to **$3,232.00  effective August 2025.**

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record: **PNC Bank, CL. # 11-1.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 21st day of July, 2025.

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Bryan P. Keenan                     /s/ James Warmbrodt
Bryan P. Keenan                         James Warmbrodt
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

*[Remainder of Page Intentionally Left Blank]*

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-20925-GLT
Joshua M. Hans | Chapter 13
Victoria E. Hans
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Jul 21, 2025    Form ID: pdf900    Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua M. Hans, Victoria E. Hans, 5186 Fieldcrest Drive, Pittsburgh, PA 15236-1704 |
| 15480723 | + | Creditech/Cbalv, Re: South Hills Radiology, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15480730 | + | MedExpress Urgent Care, 423 Fortress Blvd, Morgantown, WV 26508-1351 |
| 15480738 |   | Santander Consumer USA, Attn: Bankruptcy Department, P.O. Box 560284, Fort Worth, TX 76161-1245 |
| 15480739 | + | South Hills Radiology, 1000 Bower Hill Rd,, Pittsburgh, PA 15243-1873 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Jul 22 2025 00:39:00 | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2025 01:54:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15491933 |   | ^ MEBN | Jul 22 2025 00:13:16 | Allegheny Health Network, PO Box 645904, Pittsburgh, PA 15264-5257 |
| 15481788 |   | Email/Text: BKPT@cfna.com | Jul 22 2025 00:39:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15480717 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2025 01:54:34 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15484638 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2025 00:51:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15480719 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2025 00:51:33 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15480720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2025 02:04:53 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15480721 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2025 00:40:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15480722 | + | Email/Text: BKPT@cfna.com | Jul 22 2025 00:39:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15480728 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2025 00:50:09 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 22-20925-GLT    Doc 60    Filed 07/23/25    Entered 07/24/25 00:34:53    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 21, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 15489677 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2025 00:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15482796 | | Email/Text: mrdiscen@discover.com | Jul 22 2025 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15480724 | + | Email/Text: mrdiscen@discover.com | Jul 22 2025 00:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15497660 | + | Email/Text: jdryer@bernsteinlaw.com | Jul 22 2025 00:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15499465 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2025 00:40:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 15480725 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2025 00:40:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Re: Victoria Secret, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15480726 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 22 2025 00:40:00 | Key Bank, PO Box 5788, Cleveland, OH 44101-0788 |
| 15480727 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2025 00:48:14 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15604309 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 00:48:43 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15482736 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 00:51:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15480729 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2025 00:50:06 | Macys/fdsb, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 15484645 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 00:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15480732 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 00:40:00 | Midland Fund, Attn: Bankruptcy, Re: Comenity Bank, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15480733 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 00:40:00 | Midland Fund, Attn: Bankruptcy, Re: Comenity Capital Bank, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15484643 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 22 2025 00:50:01 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15480734 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 22 2025 01:54:43 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 15499433 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2025 00:39:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15480735 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2025 00:39:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15499899 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2025 01:54:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15497443 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2025 00:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15480737 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 00:49:15 | Resurgent Capital Services, Attn: Bankruptcy, RE: Synchrony Bank Paypal, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15480736 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 00:50:28 | Resurgent Capital Services, Attn: Bankruptcy, Re: Citibank N.A. Best Buy, Po Box 10497, Greenville, SC 29603-0497 |
| 15483633 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2025 00:40:00 | SANTANDER CONSUMER USA, P.O. Box |

Case 22-20925-GLT   Doc 60   Filed 07/23/25   Entered 07/24/25 00:34:53   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 21, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | 560284, Dallas, TX 75356-0284 |
| 15480740 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2025 00:50:43 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499897 | ^ | MEBN | Jul 22 2025 00:13:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15481375 | ^ | MEBN | Jul 22 2025 00:13:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15480741 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2025 01:13:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15480742 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2025 01:54:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15480743 | + | Email/Text: bncmail@w-legal.com | Jul 22 2025 00:40:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15480744 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 22 2025 00:40:00 | Transworld Sys Inc/51, Re: Medexpress Urgent Care Pa, PO Box 15273, Wilmington, DE 19850-5273 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15492745 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15480718 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15480731 | ##+ | Medexpress Urgent Care PA, 1001 Consol Energy Dr, Canonsburg, PA 15317-6506 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Joshua M. Hans keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Victoria E. Hans keenan662@gmail.com |

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Jul 21, 2025     Form ID: pdf900     Total Noticed: 46

melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6